**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

Case No.   1:23-cv-2826-BMC

- against -

COME READY FOODS LLC,

                Defendant.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

      Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and without costs or attorneys' fees, of the above-referenced matter against Come Ready Foods LLC.

Dated:  Scarsdale, New York
         May 17, 2023

                                   SHAKED LAW GOUP, P.C.
                                   Attorneys for Plaintiff

                           By:  */s/Dan Shaked*
                              Dan Shaked, Esq.
                              14 Harwood Court, Suite 415
                              Scarsdale, NY 10583
                              Tel. (917) 373-9128
                              e-mail: ShakedLawGroup@Gmail.com